[No. 35065-0-I.   Division One.   August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY JAMES CHATEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00752-8, John M. Darrah, J., entered August 5, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Becker, JJ. Now published at 84 Wn. App. 85.

[No. 35537-6-I.   Division One.   August 19, 1996.]

*In the Matter of the Custody of* D.C.G.

E.N.F.G., *Appellant*, v. M.D.P., *Respondent*.

Appeals from judgments of the Superior Court for Whatcom County, No. 93-3-00233-5, Michael F. Moynihan, J., entered October 3, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Agid and Ellington, JJ.

[No. 35656-9-I.   Division One.   August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. IMOGENE FAITH FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00046-4, David A. Nichols, J., entered November 7, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35830-8-I.   Division One.   August 19, 1996.]

ROMONA J. POWELL, ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00516-9, David A. Nichols, J., entered December 16, 1994. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid and Cox, JJ.